UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

| | |
|---|---|
| KARL K. KNIGHT, II, ) | 3:19-cv-00114-MMD-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | |
| ) | January 31, 2020 |
| DEPUTY DJUKIC and DEPUTY SIMCOX, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are Plaintiff's "Motion to Receive All Case Filings Physically Not Electronically" (ECF No. 23) and Plaintiff's "Request for Defendants Counsels Mailing Address, Name and Information" (ECF No. 25).

Plaintiff is advised that the court and Defendants' counsel received Plaintiff's Notice of Change of Address (ECF No. 24) and Plaintiff's address has been updated on the court's docket sheet. Additionally, on January 23, 2020, the court provided Plaintiff with a copy of the court's docket sheet which reflects Defendants' counsel's contact information. (ECF No. 20.)

Defendants are directed, however, to re-serve their answer to Plaintiff's complaint (ECF No. 15) upon Plaintiff at his current address at FCI Herlong.

Based on the above, Plaintiff's "Motion to Receive All Case Filings Physically Not Electronically" (ECF No. 23) and Plaintiff's "Request for Defendants Counsels Mailing Address, Name and Information" (ECF No. 25) are **DENIED** as moot.

**IT IS SO ORDERED.**

                                DEBRA K. KEMPI, CLERK

                                By:  _____/s/_____
                                        Deputy Clerk