1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2  LINDSAY L. LIDDELL
   Washoe County Deputy District Attorney
3  Nevada State Bar Number 14079
   One South Sierra Street
4  Reno, Nevada  89501
   lliddell@da.washoecounty.us
5  (775) 337-5700
   ATTORNEY FOR DEFENDANTS
6  IBRICA DJUKIC AND
   NICHOLAS DJUKIC
7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10                        * * *

11 KARL K. KNIGHT II,

12         Plaintiff,                  Case No. 3:19-cv-00114-MMD-WGC

13    vs.                              **STIPULATION FOR DISMISSAL**

14 DJUKIC, et. al.

15         Defendants.

16    Plaintiff Karl K. Knight hereby stipulates to dismiss with prejudice all claims against

17 Defendants Ibrica Djukic and Nicholas Simcox including any and all claims that could have

18 arisen from the events set forth in Plaintiff's Complaint, pursuant to Fed.R.Civ.P. 41(a) and the

19 Settlement Agreement and Release of Claims executed in this Litigation.  Each party shall bear

20 their own attorney's fees and costs incurred herein.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

1  IT IS SO STIPULATED.

2  CHRISTOPHER J. HICKS
   District Attorney
3

4  By _____ 3/17/21        By _____ Dated
   LINDSAY L. LIDDELL    Dated      KARL K. KNIGHT II
5  Deputy District Attorney         PLAINTIFF
   One South Sierra Street
6  Reno, Nevada 89501
   lliddell@da.washoecounty.us
7  (775) 337-5700                   DATED THIS 2ND DAY OF MARCH 2021

8  ATTORNEY FOR DEFENDANTS

9

10  IT IS SO ORDERED.

11  Date: March 17, 2021

12                                   _____
                                     Chief U.S. District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26